IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Criminal Case No. 06-cr-00418-RBJ-1

UNITED STATES OF AMERICA,

v.

STEVEN RAYMOND DENMAN,

Defendant.

## MINUTE ORDER

Entered by Judge R. Brooke Jackson

This matter has been scheduled for a **Hearing on Supervised Release Violation** on the docket of Judge R. Brooke Jackson in the Alfred A. Arraj U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence **March 20, 2012 at 8:30 a.m.**

DATED this 17th day of February, 2012.