# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
|---|---|
| v. | Case Number:  06-cr-00418-RBJ-01 |
| | USM Number:  34495-013 |
| STEVEN RAYMOND DENMAN | Scott T. Varholak, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Contact with a Minor Under the Age of 18, Without Permission of the Court | 10/26/11 |
| 2 | Failure to Comply with Rules and Restrictions Specified by the Sex Offender Treatment Agency | 01/17/12 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

March 20, 2012
_____
Date of Imposition of Judgment

_____
Signature of Judge

R. Brooke Jackson, U.S. District Judge
_____
Name & Title of Judge

3/22/12
_____
Date

DEFENDANT:  STEVEN RAYMOND DENMAN
CASE NUMBER:  06-cr-00418-RBJ-01                                    Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of seven (7) months.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons within 15 days of designation.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By_____
Deputy United States Marshal

DEFENDANT:  STEVEN RAYMOND DENMAN
CASE NUMBER:  06-cr-00418-RBJ-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months.

The defendant must report to the probation office in the district to which he is released within 72 hours of his release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The drug testing condition required by 18 U.S.C. § 3583(d) is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

DEFENDANT:  STEVEN RAYMOND DENMAN
CASE NUMBER:  06-cr-00418-RBJ-01                                      Judgment-Page 4 of 4

9)    The defendant shall not associate with any persons engaged in criminal activity and shall not
      associate with any person convicted of a felony, unless granted permission to do so by the
      probation officer.

10)   The defendant shall permit a probation officer to visit him at any time at home or elsewhere and
      shall permit confiscation of any contraband observed in plain view by the probation officer.

11)   The defendant shall notify the probation officer within seventy-two hours of being arrested or
      questioned by a law enforcement officer.

12)   The defendant shall not enter into any agreement to act as an informer or a special agent of a
      law enforcement agency without the permission of the court.

13)   As directed by the probation officer, the defendant shall notify third parties of risks that may be
      occasioned by the defendant's criminal record or personal history or characteristics, and shall
      permit the probation officer to make such notifications and to confirm the defendant's
      compliance with such notification requirement.

14)   The defendant shall provide the probation officer with access to any requested financial
      information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1)    The defendant shall register as a sex offender in any jurisdiction where the defendant resides,
      is employed, carries on a vocation, or is a student, as directed by the probation officer.  In
      addition, the *Adam Walsh Child Protection and Safety Act* provides that for initial registration
      purposes only, a sex offender shall also register in the jurisdiction in which convicted if such
      jurisdiction is different from the jurisdiction of residence.

2)    The defendant shall participate in an approved program of sex offender evaluation and
      treatment, which may include polygraph and plethysmograph examinations, as directed by the
      probation officer.  The defendant shall pay the cost of treatment as directed by the probation
      officer.  The Court authorizes the probation officer to release psychological reports and/or the
      presentence report to the treatment agency for continuity of treatment.

3)    The defendant shall notify the probation officer of all computers and/or Internet access devices
      to which the defendant has access.  The defendant shall allow the probation officer to make
      unannounced examinations of the data stored on the defendant's personal computer(s) and
      other Internet devices, and collected by such system(s) at any reasonable time and copy data
      which the probation officer believes may be evidence of a law violation or a technical violation of
      a condition of supervision.

4)    The defendant shall have no unsupervised contact with minors under the age of 18, without
      prior permission from the Court.